JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALTEX PLASTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELKAY PLASTICS COMPANY, INC., <br><br> Defendant. | 2:12-cv-10033 RSWL (JEMx) <br><br> **JUDGMENT** |

On November 18, 2014, the above matter commenced in a bench trial before this Court.

After consideration of all evidence presented, and in accordance with the Court's Findings of Fact and Conclusions of Law in the Court's Ruling & Order re: Bench Trial [62],

///

///

1

It is **HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant Elkay Plastics Company, Inc.  The parties shall bear their own costs and fees.

**IT IS SO ORDERED.**

DATED: February 4, 2015

*RONALD S.W. LEW*
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge